# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GALYM DAULETBAK, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 4:25-CV-01133** |
| v. | § | **JUDGE MAZZANT/JUDGE DURRETT** |
| | § | |
| ARVEST BANK, ET AL. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2026, the Magistrate Judge entered a Report (Dkt. #18) recommending that Plaintiff's case be dismissed without prejudice. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 31st day of July, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE